COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-342-CV

 

IN RE DONALD D. FREIER                                                         RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM OPINION[1]

                                              ------------

The
court has considered Relator=s
petition for writ of mandamus and is of the opinion that the petition should be
dismissed for want of jurisdiction.  See
Tex. Gov=t Code
Ann. '
22.221(b) (Vernon 2004); In re Simmonds, 271 S.W.3d 874, 879 (Tex. App.CWaco,
2008, orig. proceeding).  Accordingly,
Relator=s
petition for writ of mandamus is dismissed.

 

PER CURIAM

 

PANEL: 
LIVINGSTON, MCCOY, and MEIER, JJ. 

 

DELIVERED: 
October 15, 2009

 











     [1]See
Tex. R. App. P. 47.4.